IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIREILLE LEONG,                               No   C 08-5453 VRW

    Plaintiff,                              ORDER

    v

GREGORY LYKIARDOPOLOUS and TRITON
DISTRIBUTION SYSTEMS, INC,

    Defendants.
_____/

    Pursuant to the parties' stipulation, Doc #11, plaintiff's complaint, Doc #1, is hereby amended as follows:

    (1)    To the extent the first cause of action states a claim for retaliation under Title VII, 42 USC § 2000e-3, plaintiff agrees not to pursue the claim; and

    (2)    The second cause of action is dismissed in its entirety.

    IT IS SO ORDERED.

                                        VAUGHN R WALKER
                                        United States District Chief Judge