IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIREILLE LEONG, | No  C 08-5453 VRW |
|     Plaintiff, | ORDER |
|     v | |
| GREGORY LYKIARDOPOLOUS and TRITON DISTRIBUTION SYSTEMS, INC, | |
|     Defendants. / | |

        The court withdraws its order of March 27, 2009, Doc #20. Pursuant to the parties' stipulation, Doc #11, plaintiff's complaint, Doc #1, is hereby amended as follows:

    (1)    To the extent the first cause of action states a claim for retaliation against defendant Gregory Lykairdopolous under Title VII, 42 USC § 2000e-3, plaintiff agrees not to pursue the claim; and

(2) To the extent the second cause of action states a claim for retaliation against defendant Gregory Lykiardopolous under FEHA, Cal Govt Code § 12940, plaintiff agrees not to pursue the claim.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge