IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIREILLE LEONG,                           No   C 08-5453 VRW

    Plaintiff,                           ORDER

    v

GREGORY LYKIARDOPOLOUS and TRITON
DISTRIBUTION SYSTEMS, INC,

    Defendants.
_____/

        Plaintiff filed a letter requesting the court determine whether defendants waived attorney-client privilege in a recent deposition. Doc #35. Specifically, plaintiff asserts that the deponent, Kathleen Keating-Lind, former counsel for Triton Distribution Systems, waived her privilege with Triton for all matters relating to plaintiff. Id. In support, plaintiff submits a portion of the deposition transcript. Id at 2-7. During the deposition, counsel discussed a potential waiver off-the-record. Id at 3 18:1. Counsel for plaintiff summarized that Ms Lind "is not waiving the attorney-client privilege as to anything that does

not have to do with [plaintiff], but that she is waiving it with respect to anything that does have to do with [plaintiff]." Id at 18:7-10.

Plaintiff's counsel did not attach the portion of the deposition transcript in which Ms Lind and defendants assert the privilege. Nonetheless, the court has reviewed the transcript, attached as part of defendants' response letter, Doc #36 at 17-18. The privilege assertions were in response to questions not related to plaintiff and thus not within the scope of any potential waiver. Id at 17 96:10-14; 97:16-21; 18 98:9-19. Accordingly, the court finds that defendants' privilege assertion was not improper.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

**2**