1  GARY R. BASHAM (SBN 130119)
   NANCY L. McCOY (SBN 184983)
2  DEREK C. DECKER (SBN 232243)
   BASHAM PARKER LLP
3  1850 Mt. Diablo Boulevard, Suite 530
   Walnut Creek, CA 94596
4  Telephone: (925) 309-6110
   Facsimile: (925) 977-9345

Attorneys for Defendants
Gregory Lykiardopolous and Triton
Distribution Systems, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIREILLE LEONG<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LYKIARDOPOLOUS and TRITON DISTRIBUTION SYSTEMS, INC.<br><br>Defendants. | Case No. C08-05453 VRW<br><br>[PROPOSED] ORDER<br><br>Complaint Filed: 12/04/08<br>Trial Date: None set |

PURSUANT TO the request of Defendants Triton Distribution Systems, Inc. and Gregory Lykiardopoulos, IT IS HERERBY ORDERED that the insurance carrier representative for Defendants may appear at the Court's ADR process mediation on June 25, 2009, via telephonic appearance.

IT IS SO ORDERED:                    UNITED STATES DISTRICT COURT
                                      NORTHERN DISTRICT OF CALIFORNIA

Dated: 6-17-09                        _____
                                      Magistrate Judge Wayne D. Brazil

PROPOSED ORDER                       1                    Case No. C08-05453 VRW