RICHARD M. ROGERS, #045843
LAW OFFICE OF RICHARD M. ROGERS
100 Bush Street, #1980
San Francisco, CA 94104
Telephone:   415/981-9788
Facsimile:   415/981-9798
Email:       RogersRMR@aol.com

Attorneys for Plaintiff
MIREILLE LEONG

# UNITED STATES DISTRICT COURT
# NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIREILLE LEONG, <br><br> Plaintiff, <br><br> v. <br><br> GREGORY LYKIARDOPOLOUS and TRITON DISTRIBUTION SYSTEMS, INC., <br><br> Defendants. | **CASE NO.: C08-05453 VRW [ECF]** <br><br> Case filed:   12/04/08 <br> Trial date:   TBA <br><br> **STIPULATION AND [PROPOSED] ORDER TO SEAL CONFIDENTIAL SETTLEMENT AGREEMENT IN CONJUNCTION WITH MOTION TO ENFORCE SETTLEMENT AGREEMENT** <br><br> Date:       11/05/09 <br> Time:       10:00 a.m. <br> Location:   Courtroom 6 |

LEONG-A/
PM2ENF.STIP.wpd

Case No. C08-05453 VRW [ECF] – Stipulation and Order to Seal Confidential Settlement Agreement in Conjunction with Motion to Enforce Settlement Agreement            1

Pursuant to Local Rule 7-12, the parties hereto stipulate to the following:

1. Plaintiff is filing a motion to enforce settlement, to be set for November 5, 2009, at 10:00 a.m.

2. The Confidential Settlement Agreement is strictly confidential, pursuant to Paragraph 8 therein. This applies to the whole document.

3. Defendant strongly desires that the whole document remain confidential, and Plaintiff has no objection.

4. The parties believe that the Court needs to review the Confidential Settlement Agreement in order to rule on the motion to enforce.

Respectfully submitted,

Dated: 8-28-09

LAW OFFICE OF RICHARD M. ROGERS

By: _____
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated: 8/28/09

BASHAM PARKER LLP

By: _____
NANCY L. MCCOY
Attorneys for Defendants

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: 9/1/2009        By: _____
JUDGE OF THE U.S. DISTRICT COURT

**GRANTED**
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEONG-A/
PM2ENF.STIP.wpd

Case No. C08-05453 VRW [ECF] – Stipulation and Order to Seal Confidential Settlement Agreement in Conjunction with Motion to Enforce Settlement Agreement        2