1  RICHARD M. ROGERS, #045843
   LAW OFFICE OF RICHARD M. ROGERS
2  100 Bush Street, #1980
   San Francisco, CA 94104
3  Telephone:    415/981-9788
   Facsimile:    415/981-9798
4  Email:        RogersRMR@aol.com

5  Attorneys for Plaintiff
   MIREILLE LEONG

# UNITED STATES DISTRICT COURT
# NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIREILLE LEONG,<br><br>  Plaintiff,<br><br>  v.<br><br>GREGORY LYKIARDOPOLOUS and TRITON DISTRIBUTION SYSTEMS, INC.,<br><br>  Defendants. | **CASE NO.: C08-05453 VRW [ECF]**<br><br>Case filed:   12/04/08<br>Trial date:   TBA<br><br>**STIPULATION AND [PROPOSED] ORDER TO SEAL CONFIDENTIAL SETTLEMENT AGREEMENT IN CONJUNCTION WITH MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Date:      11/05/09<br>Time:      10:00 a.m.<br>Location:  Courtroom 6 |

LEONG-A/PM2ENF.STIP.wpd

Case No. C08-05453 VRW [ECF] – Stipulation and Order to Seal Confidential Settlement Agreement in Conjunction with Motion to Enforce Settlement Agreement     1

1  Pursuant to Local Rule 7-12, the parties hereto stipulate to the following:

2  1.  Plaintiff is filing a motion to enforce settlement, to be set for November 5, 2009, at 10:00 a.m.

3  2.  The Confidential Settlement Agreement is strictly confidential, pursuant to Paragraph 8 therein. This applies to the whole document.

4  3.  Defendant strongly desires that the whole document remain confidential, and Plaintiff has no objection.

5  4.  The parties believe that the Court needs to review the Confidential Settlement Agreement in order to rule on the motion to enforce.

Respectfully submitted,

Dated: 8-28-09

LAW OFFICE OF RICHARD M. ROGERS

By: _____
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated: 8/28/09

BASHAM PARKER LLP

By: _____
NANCY L. MCCOY
Attorneys for Defendants

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: 9/1/2009

By: _____
JUDGE OF THE U.S. DISTRICT COURT

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Vaughn R Walker]

Case No. C08-05453 VRW [ECF] – Stipulation and Order to Seal Confidential Settlement Agreement in Conjunction with Motion to Enforce Settlement Agreement

2

LEONG-A/
PM2ENF.STIP.wpd