IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIREILLE LEONG,                              No    C 08-5453 VRW

    Plaintiff,                           ORDER

    v

GREGORY LYKIARDOPOLOUS and TRITON
DISTRIBUTION SYSTEMS, INC,

    Defendants.
_____/

On September 1, 2009, plaintiff Mireille Leong moved to enforce the parties' settlement agreement, to compel performance and for attorney fees and costs. Doc #41. Defendants have not submitted a response to plaintiff's motion, and the deadline for doing so has passed.

Defendants are ORDERED to SHOW CAUSE in writing on or before November 20, 2009 why plaintiff's motion should not be granted. Failure to respond to this order shall be deemed grounds to grant the motion.

The hearing scheduled for November 5, 2009 is hereby VACATED. The court will submit the matter on the papers unless a hearing becomes necessary.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge