1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIREILLE LEONG,                          No   C 08-5453 VRW

          Plaintiff,                          ORDER

          v

GREGORY LYKIARDOPOLOUS and TRITON
DISTRIBUTION SYSTEMS, INC,

          Defendants.
_____/

          On September 1, 2009, plaintiff Mireille Leong moved to
enforce the parties' settlement agreement, to compel performance
and for attorney fees and costs.  Doc #41.  Defendants have not
submitted a response to plaintiff's motion, and the deadline for
doing so has passed.

          Defendants are ORDERED to SHOW CAUSE in writing on or
before November 20, 2009 why plaintiff's motion should not be
granted.  Failure to respond to this order shall be deemed grounds
to grant the motion.

The hearing scheduled for November 5, 2009 is hereby VACATED. The court will submit the matter on the papers unless a hearing becomes necessary.

IT IS SO ORDERED.

_____

VAUGHN R WALKER
United States District Chief Judge