RICHARD M. ROGERS, #045843
LAW OFFICE OF RICHARD M. ROGERS
100 Bush Street, #1980
San Francisco, CA 94104
Telephone:    415/981-9788
Facsimile:    415/981-9798
Email:        RogersRMR@aol.com

Attorneys for Plaintiff
MIREILLE LEONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIREILLE LEONG, | CASE NO.: C08-05453 VRW [ECF] |
| Plaintiff, | Case filed:   12/04/08<br>Trial date:   TBA |
| v. | |
| GREGORY LYKIARDOPOLOUS and TRITON DISTRIBUTION SYSTEMS, INC., | STIPULATION TO DISMISSAL OF ACTION; [~~PROPOSED~~] ORDER |
| Defendants. | |

Pursuant to F.R.Civ.P. 41(a)(1), the parties hereto stipulate to a dismissal of this action with prejudice, pursuant to a Settlement Agreement.

Respectfully submitted,

Dated: 2-16-10

LAW OFFICE OF RICHARD M. ROGERS

By: /s/ Richard M. Rogers
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated: 2-17-10

BASHAM PARKER LLP

By: /s/ Nancy L. McCoy
NANCY L. MCCOY
Attorneys for Defendant

**It Is So Ordered.**

Dated: 2/23/2010

By: _____

IT IS SO ORDERED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA