1  **RICHARD M. ROGERS, #045843**
   **LAW OFFICE OF RICHARD M. ROGERS**
2  100 Bush Street, #1980
   San Francisco, CA 94104
3  Telephone:   415/981-9788
   Facsimile:   415/981-9798
4  Email:       RogersRMR@aol.com

5  Attorneys for Plaintiff
   **MIREILLE LEONG**
6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12 | **MIREILLE LEONG,**                              ) **CASE NO.: C08-05453 VRW [ECF]**
                                                      )
13 |        Plaintiff,                                ) Case filed:   12/04/08
                                                      ) Trial date:   TBA
14 |   v.                                             )
                                                      )
15 | **GREGORY LYKIARDOPOLOUS and TRITON**            ) **STIPULATION TO DISMISSAL OF**
   | **DISTRIBUTION SYSTEMS, INC.,**                  ) **ACTION; [PROPOSED] ORDER**
16 |                                                  )
                                                      )
17 |        Defendants.                               )
                                                      )
18

Pursuant to F.R.Civ.P. 41(a)(1), the parties hereto stipulate to a dismissal of this action with prejudice, pursuant to a Settlement Agreement.

Dated: 2-16-10

Respectfully submitted,

LAW OFFICE OF RICHARD M. ROGERS

By: *[signature]*
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated: 2-17-10

BASHAM PARKER LLP

By: *[signature]*
NANCY L. MCCOY
Attorneys for Defendant

**It Is So Ordered.**

Dated: 2/23/2010

By: *[signature]*

IT IS SO ORDERED
Judge Vaughn R Walker

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA